UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KERRY RASHAD ROBERTS, | ) | NO. CV 16-4956-FMO(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| J. HAAR, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 7, 2017.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE